

**Law Office of Francisco J. Rodriguez**
1111 W. Nolana Ave. Suite A
McAllen, Texas 78504
Tel 956.687.4363 ~ Fax 956.687.6415

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 18 2020 ★
LONG ISLAND OFFICE

| Francisco J. Rodriguez | Danielle C. Rodriguez | Jared A. Clark |
| --- | --- | --- |
| frankr@mcallenlawfirm.com | danielle@mcallenlawfirm.com | jared.clark@mcallenlawfirm.com |

File No. 20.053

June 17, 2020

**VIA FED-EX DELIVERY**

Douglas C. Palmer, Clerk
Eastern District of New York
Central Islip Division
100 Federal Plaza
Central Islip, New York 11722

    RE:    Case No.: 2:20-CV-01526
              CardConnect, LLC vs. Law Office of Francisco J. Rodriguez, et al

Dear Mr. Palmer:

    With regard to the above-referenced civil action, enclosed are the originals and one copy of the following documents:

1. Agreed Motion to Extend Time for Defendants to File Answer to Plaintiff's Complaint;
2. Order Granting Motion to Extend; and,
3. Defendants' Original Answer.

    Please file the originals among the papers of this cause and file-stamp the copies for return to this office in the envelope provided for your convenience.

    If you have any questions, please do not hesitate to contact me.

Sincerely,

Francisco J. Rodriguez

:spm
Enclosures