# AFFIDAVIT OF DUE DILIGENCE

EXHIBIT "A"

STATE OF TEXAS §
§
COUNTY OF HIDALGO §

Before me, the undersigned authority, on this day personally appeared **JEREMY L. GARATE**, who by me being duly sworn as follows:

"My name is JEREMY GARATE, I am over twenty one (21) years of age and I am of sound mind, have never been convicted of a crime of moral turpitude, and am fully competent to make and execute this affidavit. I am authorized by the court to serve process. I am a disinterested person in this matter. I am competent to make the oath in fact I have personal knowledge of each and every statement made herein, as such conduct relates to activities, which I personally undertook."

All such statements are true and correct:

"I am duly licensed as a private process server under rules and regulations as promulgated by the Texas Supreme Court. I do attest to the fact that the below location is the defendant's usual place of business or usual place of abode or other place where defendant can probably be found:

Service on: NEREYDA VEGA, ROYAL LIBERTY OIL LEASING, LLC, ROYAL INTERNATIONAL INVESTMENT GROUP, LLC
CIVIL ACTION No. 2:20:CV-01526
Address: 3400 N. MCCOLL RD., SUITE 25, MCALLEN, TX. 78504

I attempted service on NEREYDA VEGA at 3400 N. MCCOLL RD., SUITE 25, MCALLEN, TX. 78504. The suite number provided doesn't match any of the suite numbers at the address. Tenants at the location did not know who NEREYDA VEGA was nor ROYAL LIBERTY OIL LEASING, LLC, ROYAL INTERNATIONAL INVESTMENT GROUP, LLC.

Results are as listed below:

Date & Time: 7-30-20 @ 1:00 pm
Date & Time: 8-4-20 @ 10:00 AM
Date & Time: 8-6-20 @ 9:10 AM

I declare under penalty of perjury that the foregoing is true and correct."

_____
Jeremy L. Garate

Executed this 2nd day of SEPTEMBER 2020 in Hidalgo County, Texas.

SUBSCRIBED AND SWORN TO BEFORE ME on this 2nd day of SEPTEMBER 2020.

_____
Notary Public

AMELIA G. DECK
Notary Public, State of Texas
Comm. Expires 04-16-2022
Notary ID 4103534