

900 W. 48th Place, Suite 900, Kansas City, MO 64112 • (816) 753-1000

**October 23, 2020**

John W. Peterson
Shareholder
615.259.1523
615.523.1781 Fax
john.peterson@polsinelli.com

**VIA E-MAIL:  frankr@mcallenlawfirm.com**

Francisco J. Rodriguez
1111 West Nolana, Suite A
McAllen, Texas  78504

Re:   **Plaintiff CardConnect, LLC's Motion for Summary Judgment (Case No. 2:20-cv-01526)**

Dear Mr. Rodriguez:

    Attached is a copy of Plaintiff CardConnect, LLC's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. Enclosed with this letter is a copy of the Notice of Motion and Motion for Summary Judgment, the Memorandum of Law in support, the Statement of Undisputed Material Facts, and the accompanying exhibits.  A copy of this letter will be filed via ECF as per Judge Feuerstein's Individual Rules. A response to this Motion is due by November 20, 2020 pursuant to Judge Feuerstein's Order on October 20, 2020 (ECF No. 25).

    Please let me know if you have any questions.

Sincerely,

John W. Peterson

**Enclosures:**
- Plaintiff CardConnect, LLC's Notice of Motion and Motion for Summary Judgment
- Plaintiff CardConnect, LLC's Memorandum of Law in Support of Its Motion for Summary Judgment
- Statement of Undisputed Material Facts
- Exhibit A

JWP:cag

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

75212418.1