**norma**

---

| | |
|---|---|
| **From:** | Cliff Roberts <croberts@fdis-va.com> |
| **Sent:** | Tuesday, February 12, 2019 12:44 PM |
| **To:** | Efraim |
| **Subject:** | FW: Cliff :  Card transaction 02/11/2019 PTS Sale Hold |

---

**From:** Cliff Roberts
**Sent:** Tuesday, February 12, 2019 12:43 PM
**To:** 'Frank Rodriguez'
**Subject:** Cliff : Card transaction 02/11/2019 PTS Sale Hold

Hello Frank,

Here is the requested information needed to complete the sale. No surprise since we had talked

about the process on the first larger than average sale. As we discussed the bank itself will be able

to clear this forced ticket ( no authorization needed) sale.

Call or email with any question or concerns.

Cliff


The following information will be requested from the merchant:

A copy of the invoice for the sale in question listed below.

• The cardholder's name and billing address.

• Delivery timeframe for product / service.

• Updated projection for future similar activity, to include frequency.

• Three months bank statements

TRANSACTION LIST Date Amount Truncated Card Number 2-11-2019 $50,000.00 4555xxxxxxxx7919 PTS Sale Hold


Cliff Roberts, Payments Consultant

1

(800) 297-1216 ext 316
(757) 689-0016 fax
(757) 287-7316 cell
(757) 213-7316 direct dial

 

Ask me about



**norma**

| | |
|---|---|
| **From:** | Efraim |
| **Sent:** | Tuesday, February 12, 2019 1:26 PM |
| **To:** | Cliff Roberts |
| **Cc:** | Frankr |
| **Subject:** | RE: Cliff :   Card transaction 02/11/2019 PTS Sale Hold |
| **Attachments:** | 01.19 5600.pdf; 11 Nov 5600.pdf; 12 Dec 5600.pdf |

Mr. Rodriguez will be the Trustee for Mr. Hernandez. The frequency will be 4 to 8 times a month for a period of 12 months.

Bank is BBVA Bancomer
Bank Address: Av. Reforma 76
Mexico City
Account Name: Antonio Juarez Hernandez
Billing Address: Calle 28 LT 6 MZA 28 Smaza 102
　　　　　　　　Cancun, Quintana ROO 77500

**Thank you,**

**Efraim Ochoa**
**Office Administrator**



1111 W. Nolana Ave ~ McAllen, TX 78504
Tel (956) 687-4363 ~ Fax (956) 687-6415

---

**From:** Cliff Roberts
**Sent:** Tuesday, February 12, 2019 12:44 PM
**To:** efraim ochoa
**Subject:** FW: Cliff : Card transaction 02/11/2019 PTS Sale Hold

---

**From:** Cliff Roberts
**Sent:** Tuesday, February 12, 2019 12:43 PM
**To:** 'Frank Rodriguez'
**Subject:** Cliff : Card transaction 02/11/2019 PTS Sale Hold

1

Hello Frank,

Here is the requested information needed to complete the sale. No surprise since we had talked

about the process on the first larger than average sale. As we discussed the bank itself will be able

to clear this forced ticket ( no authorization needed) sale.

Call or email with any question or concerns.

Cliff


The following information will be requested from the merchant:

A copy of the invoice for the sale in question listed below.

• The cardholder's name and billing address.

• Delivery timeframe for product / service.

• Updated projection for future similar activity, to include frequency.

• Three months bank statements

TRANSACTION LIST Date Amount Truncated Card Number 2-11-2019 $50,000.00 4555xxxxxxxx7919 PTS Sale Hold



Cliff Roberts, Payments Consultant
(800) 297-1216 ext 316
(757) 689-0016 fax
(757) 287-7316 cell
(757) 213-7316 direct dial

Ask me about





# Law Office of Francisco J. Rodriguez

1111 W. Nolana Ave ~ McAllen, TX 78504

February 12, 2019

Mr. Cliff Roberts/Corp

    RE:    Antonio Juarez Hernandez

Dear First Card:

    I understand you have requested information regarding a $50,000.00 charge that was deposited to my law office IOLTA account.

    The client, Antonio Juarez Hernandez, is an International business person interested in projects and businesses in Texas with a BBVA Bancomer Bank Account from which he will be funding the projects. He has a representative by the name of Nereyda Vega, of 3400 N. McColl Rd., Ste. 25, McAllen, Texas 78504, along with some of her associates that will be assisting and advising Mr. Hernandez in his business.

    Mr. Hernandez will be depositing funds into my trust account to pay for the legal fees associated in representing him legally in the projects that he will be purchasing and/or investing in. Additionally, the funds will be held in trust to purchase properties or businesses and/or investing in same.

    Please let me know if you have any further questions.

    Very truly yours,

    *[signature]*
    Francisco J. Rodriguez

:spm

Tel (956) 687-4363 • Fax (956) 687-6415 • Email: frankr@mcallenlawfirm.com

**norma**

| | |
|---|---|
| **From:** | Efraim |
| **Sent:** | Friday, March 29, 2019 11:02 AM |
| **To:** | Cliff Roberts |
| **Cc:** | Frankr |
| **Subject:** | RE: Cliff   First Data  / Letter to increase monthly volume |

Good Morning Cliff, I reminded him this morning and he left to court. When he gets back Ill remind him again.


**Thank you,**

**Efraim Ochoa**
**Office Administrator**



**LAW OFFICE OF FRANCISCO J. RODRIGUEZ**

1111 W. Nolana Ave ~ McAllen, TX 78504
Tel (956) 687-4363 ~ Fax (956) 687-6415

---

**From:** Cliff Roberts
**Sent:** Friday, March 29, 2019 11:00 AM
**To:** efraim ochoa
**Subject:** RE:Cliff First Data / Letter to increase monthly volume

Hi Efrain,

Please remind Frank that First Data would like to move forward of the trust account deposits.
All we will need is a letter requesting a monthly volume of $200,000 and hi ticket of $50,000

Please feel free to email or call with nay questions or concerns.

Cliff

---

**From:** efraim ochoa [mailto:efraim@mcallenlawfirm.com]
**Sent:** Thursday, March 28, 2019 12:38 PM
**To:** Cliff Roberts
**Subject:** letter from Fair Data Merchant

**Thank you,**

**Efraim Ochoa**
**Office Administrator**



1111 W. Nolana Ave ~ McAllen, TX 78504
Tel (956) 687-4363 ~ Fax (956) 687-6415

2

**norma**
___

| | |
|---|---|
| **From:** | Frankr |
| **Sent:** | Friday, March 29, 2019 2:52 PM |
| **To:** | Cliff Roberts |
| **Cc:** | Efraim |
| **Subject:** | 3-29-19 Increase.pdf |
| **Attachments:** | 3-29-19 Increase.pdf |

Mr. Roberts here is the request for increase of $200,000.00 monthly.
If you have any questions please call my asst. Efraim Ochoa


**Francisco J. Rodriguez**
LAW OFFICE OF FRANCISCO J. RODRIGUEZ
1111 W. Nolana
McAllen, Texas 78504

Telephone (956) 687-4363
Facsimile (956) 687-6415
Email frankr@mcallenlawfirm.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (956) 687-4363 or by electronic mail at frankr@mcallenlawfirm.com and delete this message and all copies and backups thereof. Thank you.

1



# Law Office of Francisco J. Rodriguez

1111 W. Nolana Ave ~ McAllen, TX 78504

March 29, 2019

Mr. Cliff Roberts/Corp

    RE:    Antonio Juarez Hernandez

Dear First Card:

    Our client, Antonio Juarez Hernandez, is an International business person interested in projects and businesses in Texas with a BBVA Bancomer Bank Account from which he will be funding the projects. He anticipates transferring funds up to $200,000.00 per month for his projects.

  Accordingly, we request that First Card approve the handling of these sums.

    Please let me know if you have any further questions.

                        Very truly yours,

                        Francisco J. Rodriguez

:spm

Tel (956) 687-4363 • Fax (956) 687-6415 • Email: frankr@mcallenlawfirm.com