**norma**

---

| | |
|---|---|
| **From:** | Cliff Roberts <croberts@fdis-va.com> |
| **Sent:** | Friday, April 12, 2019 10:42 AM |
| **To:** | Efraim |
| **Cc:** | Frankr; Dustin Crandell |
| **Subject:** | RE: Law Office of Francisco J. Rodriguez |

Good morning Efraim,

GREAT NEWS…..the average ticket and monthly volume increases have been approved.
At this point you can contact the bank to issue a new ticket number for the approval of the transfer of funds. Once the ticket is in process to run please call the Virginia office at 1800 297 1216 ext442 and ask for Dustin. He may have to do what is called a forced ticket since this not a debit card.

Thank you for your patients on this project, everything will run smoothly from this point on.

Best wishes,

Cliff

---

**From:** efraim ochoa [mailto:efraim@mcallenlawfirm.com]
**Sent:** Wednesday, April 03, 2019 4:52 PM
**To:** Cliff Roberts
**Subject:** Law Office of Francisco J. Rodriguez

Good afternoon Cliff, just checking the status of the account.


Thank you,

**Efraim Ochoa**
**Office Administrator**



1111 W. Nolana Ave ~ McAllen, TX 78504
Tel (956) 687-4363 ~ Fax (956) 687-6415

**norma**

| | |
|---|---|
| **From:** | Cliff Roberts <croberts@fdis-va.com> |
| **Sent:** | Wednesday, April 24, 2019 4:14 PM |
| **To:** | Efraim |
| **Subject:** | Cliff  / BBVA documents request |

Here is the exact wording the Corp folks sent to me today.

Are you able to assist me in obtaining the invoices or contracts associated with the transactions listed below?

Invoices or contracts, I would think the bank would be the source for this information since they authorized the sale or transfer. We will not need the 6 digit code from BBVA for this transaction but any other information will
prove the validity of the transfer.
Once this is completed this should be a done deal.

Best wishes,

Cliff




Cliff Roberts, Payments Consultant
(800) 297-1216 ext 316
(757) 689-0016 fax
(757) 287-7316 cell
(757) 213-7316 direct dial

 

Ask me about


1