



**Kevon Lakeman**
Credit/Risk Analyst
First Data, 3975 NW 120th Ave, Coral Springs, FL 33065
Office: Office: 954-845-4346 Fax: 402-315-5701
Kevon.Lakeman@firstdata.com **|** firstdata.com

![First Data]

ATTENTION: This email may contain privileged and confidential information intended only for the use of the individual(s) named above. If you are not the intended recipient, please delete the email and any attachments and notify me immediately. Thank you.


The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.