



# Law Office of Francisco J. Rodriguez

1111 W. Nolana Ave ~ McAllen, TX 78504

Francisco J. Rodriguez
Danielle C. Rodriguez
Jared A. Clark

November 25, 2019

Antonio Juarez Hernandez        VIA EMAIL ONLY:  a.juarezhernandez@hotmail.com
Calle 28 LT 6 MZA 28 102
Cancun, Quintana Roo 77500

RE:    Balance of $235,077.07 That Needs to Be Paid to Card Connect or our Firm

Dear Mr. Hernandez:

This is to inform you I am withdrawing from representing you pursuant to Section IX of our employment contract.  This is effective immediately.

As you know, you authorized transfers from your debit card in sums totaling approximately $235,000.  This sums were disbursed to parties according to your authorization and instructions.

Card Connect, LLC informed us your bank account never paid them, and they have been trying to collect from my account since they credited my account so I could disburse the sums in accordance with your direction.

Card Connect, LLC sent us the following document showing they have not been paid by your bank.  (See attachment "A"),  I have requested proof from you that your account was debited as you and others have represented to me was the case.  But you have not sent me any proof so I can clear up the matter.  Since you are not cooperating, I have no choice but to cease my representation of you.

I anticipate that Card Connect, LLC will soon be suing us for the amounts unless we pay them immediately.  Again, I ask you to send me the amount owed or proof that your bank account was deducted.  I am sending you relevant documents regarding this matter.

Sincerely,

*[signature]*

FRANCISCO J. RODRIGUEZ
FJR/sm
Encls.