# Exhibit A-3

# Comments Log

Tuesday January 14, 2020 10:56

Header

| | |
|---|---|
| Merch # | ████████ |
| DBA | LAW OFFICE OF FRANCISCO |
| Legal | LAW OFFICE OF FRANCISCO |
| Chain Code | ████████ |
| DBA City | MCALLEN |
| St | TX |
| SIC | ████ |
| Keyed Dt | 30-JAN-2019 |
| # | 1 |
| Detect Dt | 12-FEB-2019 |
| # Addl Detect | 1 |
| Other Dept | NO |
| Rule Type | MANUAL |
| Channel | |
| Risk Perf | |
| Owns Risk | |
| Risk % | |
| Acct Status | 16 |
| Category | AVERAGE TICKET |
| RMW Status | COMPLETE |
| Foreign Type | USD |
| Scr | 0 |
| Dept | |
| PR Bool | N |
| View Outlet | |

| User | Comment Date and Time | Comments |
|---|---|---|
| | | |

| LAKEMAN2 KEVON | 19-FEB-2019 02:33:54 | dda 200k. Emailed iso for projections. |
| LAKEMAN2 KEVON | 19-MAR-2019 11:06:29 | Waiting on ACH team to verify collection balance. |
| LAKEMAN2 KEVON | 24-APR-2019 01:56:15 | 184K sale on debit card, sent email notice to ISO. |
| LAKEMAN2 KEVON | 25-APR-2019 04:17:28 | DDA average $200k and has deposits of up to $500K |
| LAKEMAN2 KEVON | 25-APR-2019 04:29:19 | Transactions rejected due to risk concerns. Sent email to ISO. |
| LAKEMAN2 KEVON | 30-MAY-2019 01:10:46 | Contacted merchant and office manager who stated that they wanted to see proof that the sales were rejected, and that we have a collection balance on the account. |
| LAKEMAN2 KEVON | 30-MAY-2019 02:17:41 | Sent screenshot to OM showing that the sales were rejected. Also requested documents for the sales that was processed. Will follow up. |
| REINA GUSTAVO | 06-JUN-2019 10:05:17 | Called Esraim Ochoa at #██████3399, left VM |
| LAKEMAN2 KEVON | 10-JUN-2019 10:12:13 | Sent follow up email to merchant. Received email from merchant to call. Contacted merchant and left vm. |
| LAKEMAN2 KEVON | 10-JUN-2019 11:48:58 | Spoke with merchant who stated that they are waiting on the cardholder to come in today and prove that the money was not debited from their account. Merchant wanted to know if they could process another payment for the client with different card. Informed merchant the account was closed and would remain closed. |
| LAKEMAN2 KEVON | 11-JUN-2019 09:11:36 | Received contracts from merchant for payment. |
| LAKEMAN2 KEVON | 20-JUN-2019 09:17:15 | Merchant has refused to return funds for deposit that was given for sales that were rejected. |
| LAKEMAN2 KEVON | 20-JUN-2019 09:18:12 | Merchant Fraud |