AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CARDCONNECT, LLC<br>*Plaintiff*<br>v.<br>LAW OFFICE OF FRANCISCO J. RODRIGUEZ, ET AL<br>*Defendant, Third-party plaintiff*<br>v.<br>ANTONIO JUAREZ HERNANDEZ, ET AL<br>*Third-party defendant* | Civil Action No. 2:20:CV-01526 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  See Attached Rider

A lawsuit has been filed against defendant **Francisco J. Rodriguez**, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff **CardConnect, LLC**.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Francisco J. Rodriguez, Law Office of Francisco J. Rodriguez, 1111 West Nolana, Suite A, McAllen, Texas 78504

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

John W. Peterson, Polsinelli, PC, 401 Commerce St., Suite 900, Nashville, Tennessee 37219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: 7/27/2020



CLERK OF COURT

*Jazmin Cubano*
Signature of Clerk or Deputy Clerk

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:20:CV-01526

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Royal International Investment Group, LLC**
was received by me on *(date)* **10/19/20**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **I posted notice on the front door of 301 E. La Vista Ave., Apt #26, McAllen, Tx, on October 23, 2020.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/24/20**

*Server's signature*: [signed JG]

*Printed name and title*: **Jeremy Garate - Civil Process Server**

*Server's address*: **1111 W. Nolana Ave., McAllen, Tx**

Additional information regarding attempted service, etc:

<u>RIDER TO CASE 2:20-CV-01526</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| CARDCONNECT, LLC<br>  PLAINTIFF,<br><br>VS.<br><br>LAW OFFICE OF FRANCISCO J.<br>RODRIGUEZ and FRANCISCO J.<br>RODRIGUEZ,<br>  DEFENDANTS/THIRD-PARTY<br>  PLAINTIFF | § § § § § § § § § § | CASE NO. 2:20-CV-01526 |
| LAW OFFICE OF FRANCISCO J.<br>RODRIGUEZ AND FRANCISCO J.<br>RODRIGUEZ,<br>  DEFENDANTS/THIRD-PARTY<br>  PLAINTIFF<br><br>VS.<br><br>ANTONIO JUAREZ HERNANDEZ,<br>NEREYDA VEGA, ROYAL LIBERTY<br>OIL LEASING, LLC, AND ROYAL<br>INTERNATIONAL INVESTMENT<br>GROUP, LLC,<br>  THIRD-PARTY DEFENDENTS. | § § § § § § § § § § § § § § § § | CASE NO. 2:20-CV-01526 |

TO:   NEREYDA VEGA, 3400 N. McColl Rd., Suite 25, McAllen, Texas 78504

  ROYAL LIBERTY OIL LEASING, LLC, c/o Nereyda Vega, 3400 N. McColl Rd., Suite 25, McAllen, Texas 78504

  ROYAL INTERNATIONAL INVESTMENT GROUP, LLC, c/o Pablo Salinas, 3400 N. McColl Rd., Suite 25, McAllen, Texas 78504