UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| CARDCONNECT, LLC, <br><br>    Plaintiff, <br><br> v. <br><br> LAW OFFICE OF FRANCISCO J. RODRIGUEZ and FRANCISCO J. RODRIGUEZ, <br><br>    Defendants. <br><br> LAW OFFICE OF FRANCISCO J. RODRIGUEZ and FRANCISCO J. RODRIGUEZ, <br><br>    Third-Party Plaintiff <br><br> v. <br><br> ANTONION JUAREZ HERNANDEZ; NEREYDA VEGA; ROYAL LIBERTY OIL LEADINGS, LLC; AND ROYAL INTERNATIONAL INVESTMENT GROUP, LLC <br><br>    Third-Party Defendants | Case No. 2:20-cv-01526-SJF-ARL |

**PLAINTIFF CARDCONNECT, LLC'S
<u>SUR REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff CardConnect, LLC ("CCN") files this Sur Reply only to highlight for the Court that Defendants Law Office of Francisco J. Rodriguez and Francisco J. Rodriguez (collectively "Rodriguez") *still* do not dispute the only facts necessary to render judgment in CCN's favor.

On November 20, 2020, Rodriguez filed his response in opposition to CCN's Motion for Summary Judgment. (*See* Defs./Third-Party Pls.' Response to Pl.'s Mot. for Summ. J. (ECF No. 28).) In doing so, Rodriguez failed to comply with Local Rule 56.1, which requires a party opposing a motion for summary judgment to "include a correspondingly numbered paragraph responding to each numbered paragraph in the statement of the moving party." Amazingly,

75865721.2

Rodriguez (a commercial litigator who has been licensed to practice since 1979)[1] claims he cannot be "deemed to understand the consequences of the summary judgment motion" and is entitled to special protections afforded to *pro se* litigants. But, even with the opportunity to correct his mistake, Rodriguez's Controverting Statement of Facts does nothing to change the outcome CCN's Motion. (*See* Controverting Statement of Facts ("CSOF") (ECF No. 35).)

To the contrary, Rodriguez expressly admits all that is necessary for the Court to render judgment in CCN's favor. Specifically, Rodriguez admits:

- He signed an agreement with CCN (CSOF ¶ 10);
- He submitted transactions pursuant to that agreement (CSOF ¶¶ 15, 28);
- He submitted transactions from a "fraudulent" card (CSOF ¶¶ 17, 30);
- CCN deposited the funds from the transactions to one of Rodriguez's accounts (CSOF ¶¶ 19, 32);
- CCN informed him that the transactions were not funded and provided Rodriguez documentation of the same (CSOF ¶¶ 22, 35);
- CCN tried to claw back the funds (CSOF ¶¶ 23, 36);
- He placed a debit block on his account (CSOF ¶¶ 24, 37);
- He has not removed the debit block from his account (CSOF ¶¶ 25, 38); and
- He has not returned the funds to CCN. (CSOF ¶¶ 26, 39.)

Likewise, Rodriguez presents no contradicting evidence for a significant portion of CCN's facts. (*See* CSOF 1-8.) As such, the background facts concerning the payment card industry are not in dispute.

---

[1] *Mr. Francisco J. 'Frank' Rodriguez*, State Bar of Texas (Sept. 2, 2020), https://www.texasbar.com/AM/Template.cfm?Section=Find_A_Lawyer&template=/Customsource/MemberDirectory/MemberDirectoryDetail.cfm&ContactID=184776.

Accordingly, Rodriguez *still* has does nothing to contradict the legal or factual arguments in CCN's Motion for Summary Judgment. The Court, therefore, should grant CCN's Motion for Summary Judgment against Rodriguez.

| | |
|---|---|
| DATED: December 21, 2020 | Respectfully submitted, |
| | POLSINELLI PC |
| | By: */s/ John Peterson* |
| | John W. Peterson (#5394200) |
| | 401 Commerce Street, Suite 900 |
| | Nashville, TN  37219 |
| | john.peterson@polsinelli.com |
| | (615) 259-1510 |
| | *Attorney for Plaintiff* |

4

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via email, on the following counsel of record or registered agent this 21st day of December, 2020:

Francisco J. Rodriguez
1111 West Nolana, Suite A
McAllen, Texas 78504
frankr@mcallenlawfirm.com

                                                                     */s/ John Peterson*
                                                                  John W. Peterson