### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK
### CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| CARDCONNECT, LLC,<br>    Plaintiff, | § § § | |
| v. | § § § | CASE NO. 2:20-cv-01526 |
| LAW OFFICE OF FRANCISCO J.<br>RODRIGUEZ and FRANCISCO J.<br>RODRIGUEZ,<br>    Defendant. | § § § § | |
| LAW OFFICE OF FRANCISCO J.<br>RODRIGUEZ and FRANCISCO J.<br>RODRIGUEZ<br>    Defendant/Third-Party Plaintiff | § § § § § | |
| v. | § § | |
| ANTONIO JUAREZ HERNANDEZ,<br>NEREYDA VEGA, ROYAL LIBERTY<br>OIL LEASING, LLC, AND ROYAL<br>INTERNATIONAL INVESTMENT<br>GROUP, LLC<br>    Third-Party Defendants | § § § § § § § | |

## CERTIFICATE OF DEFAULT

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Third-Party Defendants Nereyda Vega, Royal Liberty Oil Leasing, LLC, and Royal International Investment Group, LLC, have not filed an answer or otherwise moved with respect to the Third-Party Complaint herein. The default of Third-Party Defendants Nereyda Vega, Royal Liberty Oil Leasing, LLC, and Royal International Investment Group, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: This _23rd_ day of __December__ , 20_20_.

DOUGLAS C. PALMER, Clerk of Court


By:    /s/ James J. Toritto
             Deputy Clerk