UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| CARDCONNECT, LLC, <br><br>　　Plaintiff, <br><br> v. <br><br> LAW OFFICE OF FRANCISCO J. RODRIGUEZ and FRANCISCO J. RODRIGUEZ, <br><br>　　Defendants. <br><br> LAW OFFICE OF FRANCISCO J. RODRIGUEZ and FRANCISCO J. RODRIGUEZ, <br><br>　　Third-Party Plaintiff <br><br> v. <br><br> ANTONION JUAREZ HERNANDEZ; NEREYDA VEGA; ROYAL LIBERTY OIL LEADINGS, LLC; AND ROYAL INTERNATIONAL INVESTMENT GROUP, LLC <br><br>　　Third-Party Defendants | Case No. 2:20-cv-01526-SJF-ARL |

## PLAINTIFF CARDCONNECT, LLC'S
## SUR REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Plaintiff CardConnect, LLC ("CCN") files this Sur Reply only to highlight for the Court that Defendants Law Office of Francisco J. Rodriguez and Francisco J. Rodriguez (collectively "Rodriguez") *still* do not dispute the only facts necessary to render judgment in CCN's favor.

On November 20, 2020, Rodriguez filed his response in opposition to CCN's Motion for Summary Judgment. (*See* Defs./Third-Party Pls.' Response to Pl.'s Mot. for Summ. J. (ECF No. 28).) In doing so, Rodriguez failed to comply with Local Rule 56.1, which requires a party opposing a motion for summary judgment to "include a correspondingly numbered paragraph responding to each numbered paragraph in the statement of the moving party." Amazingly,

Rodriguez (a commercial litigator who has been licensed to practice since 1979)[1] claims he cannot be "deemed to understand the consequences of the summary judgment motion" and is entitled to special protections afforded to *pro se* litigants. But, even with the opportunity to correct his mistake, Rodriguez's Controverting Statement of Facts does nothing to change the outcome CCN's Motion. (*See* Controverting Statement of Facts ("CSOF") (ECF No. 35).)

To the contrary, Rodriguez expressly admits all that is necessary for the Court to render judgment in CCN's favor. Specifically, Rodriguez admits:

- He signed an agreement with CCN (CSOF ¶ 10);
- He submitted transactions pursuant to that agreement (CSOF ¶¶ 15, 28);
- He submitted transactions from a "fraudulent" card (CSOF ¶¶ 17, 30);
- CCN deposited the funds from the transactions to one of Rodriguez's accounts (CSOF ¶¶ 19, 32);
- CCN informed him that the transactions were not funded and provided Rodriguez documentation of the same (CSOF ¶¶ 22, 35);
- CCN tried to claw back the funds (CSOF ¶¶ 23, 36);
- He placed a debit block on his account (CSOF ¶¶ 24, 37);
- He has not removed the debit block from his account (CSOF ¶¶ 25, 38); and
- He has not returned the funds to CCN. (CSOF ¶¶ 26, 39.)

Likewise, Rodriguez presents no contradicting evidence for a significant portion of CCN's facts. (*See* CSOF 1-8.) As such, the background facts concerning the payment card industry are not in dispute.

---

[1] *Mr. Francisco J. 'Frank' Rodriguez*, State Bar of Texas (Sept. 2, 2020), https://www.texasbar.com/AM/Template.cfm?Section=Find_A_Lawyer&template=/Customsource/MemberDirectory/MemberDirectoryDetail.cfm&ContactID=184776.

Accordingly, Rodriguez *still* has does nothing to contradict the legal or factual arguments in CCN's Motion for Summary Judgment. The Court, therefore, should grant CCN's Motion for Summary Judgment against Rodriguez.

DATED: December 23, 2020

Respectfully submitted,

POLSINELLI PC

By: */s/ John Peterson*
John W. Peterson (#5394200)
401 Commerce Street, Suite 900
Nashville, TN  37219
john.peterson@polsinelli.com
(615) 259-1510
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via email, on the following counsel of record or registered agent this 23rd day of December, 2020:

Francisco J. Rodriguez
1111 West Nolana, Suite A
McAllen, Texas 78504
frankr@mcallenlawfirm.com

                                           */s/ John Peterson*
                                              John W. Peterson