IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| CARDCONNECT, LLC,<br>    Plaintiff,<br><br>v.<br><br>LAW OFFICE OF FRANCISCO J.<br>RODRIGUEZ and FRANCISCO J.<br>RODRIGUEZ,<br>    Defendant. | § § § § § § § § § § | CASE NO. 2:20-cv-01526 |
| LAW OFFICE OF FRANCISCO J.<br>RODRIGUEZ and FRANCISCO J.<br>RODRIGUEZ<br>    Defendant/Third-Party Plaintiff<br><br>v.<br><br>ANTONIO JUAREZ HERNANDEZ,<br>NEREYDA VEGA, ROYAL LIBERTY<br>OIL LEASING, LLC, AND ROYAL<br>INTERNATIONAL INVESTMENT<br>GROUP, LLC<br>    Third-Party Defendants | § § § § § § § § § § § § § § § | |

HIDALGO COUNTY        §
                                        §
STATE OF TEXAS        §

### AFFIDAVIT OF FRANCISCO J. RODRIGUEZ

Before me, the undersigned notary, on this day personally appeared Francisco J. Rodriguez, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified as follows:

1. "My name is Francisco J. Rodriguez. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct."

2. "On July 6, 2020, I filed a Third-Party Complaint in the above styled and numbered cause against Third-Party Defendants Antonio Juarez Hernandez, Nereyda Vega, Royal Liberty Oil Leasing, LLC and Royal International Investment Group, LLC."

3. Third-Party Defendants Nereyda Vega and Royal Liberty Oil Leasing, LLC were properly served on October 9, 2020. Third-Party Defendant Royal International Investment Group, LLC was properly served on October 23, 2020.

4. Third-Party Defendants Nereyda Vega, Royal Liberty Oil Leasing, LLC and Royal International Investment Group, LLC have not filed a responsive pleading in this cause, nor have they requested an extension of time to respond.

5. Neither Third-Party Defendants Royal Liberty Oil Leasing, LLC nor Royal International Investment Group, LLC are in military service because they are limited liability companies.

6. Third-Party Defendant Nereyda Vega is not currently in military service. Attached to this affidavit is a report from the Department of Defense Manpower Data Center confirming that Third-Party Defendant Nereyda Vega is not in military service.

7. Third-Party Defendants Nereyda Vega, Royal Liberty Oil Leasing, LLC and Royal International Investment Group, LLC are not infants and are not incompetent persons.

8. A proposed Clerk's Certificate of Default is attached to this affidavit below.

_____
FRANCISCO J. RODRIGUEZ

SWORN AND SUBSCRIBED to before me, the undersigned authority, on this 9th day of December, 2020 by the said Francisco J. Rodriguez, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

My commission expires:



SONIA MAUPIN
Notary ID #1048985
My Commission Expires
November 28, 2023

Department of Defense Manpower Data Center

Results as of : Dec-09-2020 11:34:51 AM

SCRA 5.6



# Status Report
## Pursuant to Servicemembers Civil Relief Act

SSN:  
Birth Date:         Aug-XX-1962  
Last Name:          VEGA  
First Name:         NEREYDA  
Middle Name:  
Status As Of:       Dec-09-2020  
Certificate ID:     T0HVSRRZ8LY295S  

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Michael V. Sorrento*

Michael V. Sorrento, Director  
Department of Defense - Manpower Data Center  
400 Gigling Rd.  
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.