

# Law Office of Francisco J. Rodriguez
**1111 W. Nolana Ave. Suite A**
**McAllen, Texas 78504**
**Tel 956.687.4363 ~ Fax 956.687.6415**

| Francisco J. Rodriguez | Danielle C. Rodriguez | Jared A. Clark |
|---|---|---|
| frankr@mcallenlawfirm.com | danielle@mcallenlawfirm.com | jared.clark@mcallenlawfirm.com |

File No. 20.053

January 19, 2021

Honorable Judge Sandra Feuerstein
United States District Court
Eastern District of New York
Central Islip Division
1014 Federal Plaza
Central Islip, New York 11722

    RE:    Case No.: 2:20-CV-01526
              CardConnect, LLC vs. Law Office of Francisco J. Rodriguez, et al

Judge Feuerstein:

Pursuant to Local Rule 55.2(c) of the Eastern District of New York, attached as Exhibit A to this letter is proof of mailing of all papers involving the Motion for Default Judgment, filed December 30, 2021.

If you have any questions, please feel free to contact me.

Sincerely,

*Francisco Javier Rodriguez*
Francisco J. Rodriguez

:jac
Enclosure