


## Law Office of Francisco J. Rodriguez
**1111 W. Nolana Ave. Suite A**
**McAllen, Texas 78504**
**Tel 956.687.4363 ~ Fax 956.687.6415**

| Francisco J. Rodriguez | Danielle C. Rodriguez | Jared A. Clark |
| --- | --- | --- |
| frankr@mcallenlawfirm.com | danielle@mcallenlawfirm.com | jared.clark@mcallenlawfirm.com |

December 30, 2020

**VIA CMRRR: 7015 3010 0000 6679 5451**

Nereyda Vega
600 Heron Ave.
McAllen, Texas 78504

    RE:    Civil Case No. 2:20-cv-01526; *CardConnect, LLC v. Law Office of Francisco J. Rodriguez, et al.*; Motion for Default Judgment

Ms. Vega:

    Pursuant to Local Civil Rule 55.2 of the Eastern District of New York, please find attached to this letter a copy of (1) Third-Party Plaintiff's Motion for Default Judgment; (2) Exhibit 1 to Third-Party Plaintiff's Motion for Default Judgment (Affidavit of Francisco J. Rodriguez); (3) Exhibit 2 to Third-Party Plaintiff's Motion for Default Judgment (Defendant's First Third-Party Complaint); (4) Exhibit 3 to Third-Party Plaintiff's Motion for Default Judgment (Certificate of Default); and (5) the proposed judgment.

    These documents were E-filed with the Eastern District of New York on December 30, 2020, and are part of the Court's record as Document 40.

Sincerely,

Francisco J. Rodriguez

FJR
Attachments



# Law Office of Francisco J. Rodriguez
**1111 W. Nolana Ave. Suite A**
**McAllen, Texas 78504**
**Tel 956.687.4363 ~ Fax 956.687.6415**

| Francisco J. Rodriguez | Danielle C. Rodriguez | Jared A. Clark |
| --- | --- | --- |
| frankr@mcallenlawfirm.com | danielle@mcallenlawfirm.com | jared.clark@mcallenlawfirm.com |

December 30, 2020

**VIA CMRRR: 7015 3010 0000 6679 5468**

Royal Liberty Oil Leasing, LLC
ATTN: Nereyda Vega
600 Heron Ave.
McAllen, Texas 78504

    RE:    Civil Case No. 2:20-cv-01526; *CardConnect, LLC v. Law Office of Francisco J. Rodriguez, et al.*; Motion for Default Judgment

Ms. Vega:

    Pursuant to Local Civil Rule 55.2 of the Eastern District of New York, please find attached to this letter a copy of (1) Third-Party Plaintiff's Motion for Default Judgment; (2) Exhibit 1 to Third-Party Plaintiff's Motion for Default Judgment (Affidavit of Francisco J. Rodriguez); (3) Exhibit 2 to Third-Party Plaintiff's Motion for Default Judgment (Defendant's First Third-Party Complaint); (4) Exhibit 3 to Third-Party Plaintiff's Motion for Default Judgment (Certificate of Default); and (5) the proposed judgment.

    These documents were E-filed with the Eastern District of New York on December 30, 2020, and are part of the Court's record as Document 40.

    Sincerely,

    Francisco J. Rodriguez

FJR
Attachments



# Law Office of Francisco J. Rodriguez
**1111 W. Nolana Ave. Suite A**
**McAllen, Texas 78504**
**Tel 956.687.4363 ~ Fax 956.687.6415**

| Francisco J. Rodriguez | Danielle C. Rodriguez | Jared A. Clark |
| --- | --- | --- |
| frankr@mcallenlawfirm.com | danielle@mcallenlawfirm.com | jared.clark@mcallenlawfirm.com |

December 30, 2020

**VIA CMRRR: 7015 3010 0000 6679 5475**

Royal International Investment Group, LLC
ATTN: Pablo Salinas
301 E. La Vista Ave.
Apt. 26
McAllen, Texas

  RE:  Civil Case No. 2:20-cv-01526; *CardConnect, LLC v. Law Office of Francisco J. Rodriguez, et al.*; Motion for Default Judgment

Mr. Salinas:

  Pursuant to Local Civil Rule 55.2 of the Eastern District of New York, please find attached to this letter a copy of (1) Third-Party Plaintiff's Motion for Default Judgment; (2) Exhibit 1 to Third-Party Plaintiff's Motion for Default Judgment (Affidavit of Francisco J. Rodriguez); (3) Exhibit 2 to Third-Party Plaintiff's Motion for Default Judgment (Defendant's First Third-Party Complaint); (4) Exhibit 3 to Third-Party Plaintiff's Motion for Default Judgment (Certificate of Default); and (5) the proposed judgment.

  These documents were E-filed with the Eastern District of New York on December 30, 2020, and are part of the Court's record as Document 40.

                    Sincerely,

                    */s/ Francisco Javier Rodriguez*

                    Francisco J. Rodriguez

FJR
Attachments

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70153010000066795451

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

## Delivery Attempt

Reminder to Schedule Redelivery of your item

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∧

Reminder to Schedule Redelivery of your item
This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**January 2, 2021, 5:26 pm**
Notice Left (No Authorized Recipient Available)
MCALLEN, TX 78501

---

Product Information ∧

**Postal Product:**

**Features:**
Certified Mail™

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70153010000066795468      Remove ✕

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

## Delivery Attempt

Reminder to Schedule Redelivery of your item

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌃

Reminder to Schedule Redelivery of your item
This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**January 2, 2021, 5:26 pm**
Notice Left (No Authorized Recipient Available)
MCALLEN, TX 78501

---

Product Information ⌃

**Postal Product:**

**Features:**
Certified Mail™

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ×

**Tracking Number:** 70153010000066795475

Your item was delivered to an individual at the address at 11:54 am on January 5, 2021 in MCALLEN, TX 78501.

## ⊗ Delivered

January 5, 2021 at 11:54 am
Delivered, Left with Individual
MCALLEN, TX 78501

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌃

January 5, 2021, 11:54 am
Delivered, Left with Individual
MCALLEN, TX 78501
Your item was delivered to an individual at the address at 11:54 am on January 5, 2021 in MCALLEN, TX 78501.

---

Product Information ⌃

**Postal Product:** **Features:**
Certified Mail™

**See Less ∧**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback