UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| CARDCONNECT, LLC<br>    PLAINTIFF,<br><br>VS.<br><br>LAW OFFICE OF FRANCISCO J.<br>RODRIGUEZ and FRANCISCO J.<br>RODRIGUEZ,<br>    DEFENDANTS/THIRD-PARTY<br>    PLAINTIFF | §§§§§§§§§§§ | CASE NO. 2:20-CV-01526 |
| LAW OFFICE OF FRANCISCO J.<br>RODRIGUEZ AND FRANCISCO J.<br>RODRIGUEZ,<br>    DEFENDANTS/THIRD-PARTY<br>    PLAINTIFF<br><br>VS.<br><br>ANTONIO JUAREZ HERNANDEZ,<br>NEREYDA VEGA, ROYAL LIBERTY<br>OIL LEASING, LLC, AND ROYAL<br>INTERNATIONAL INVESTMENT GROUP,<br>LLC,<br>    THIRD-PARTY DEFENDENTS. | §§§§§§§§§§§§§§§§ | CASE NO. 2:20-CV-01526 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR SUBSTITUTE SERVICE

I, FRANCISCO J. RODRIGUEZ, being duly sworn, hereby testify as follows:

1. I am of the age of majority and am competent to testify as to the matters in this affidavit
2. I have attempted service on Antonio Juarez Hernandez via the Hague Convention on September 4, 2020 by sending the service packet to the Ministry of Foreign Affairs in Mexico, but have been unsuccessful.
3. To date, I have not been contacted by the Ministry of Foreign Affairs in Mexico regarding the service request, and have attempted following up with that department without success.
4. I request that this Court sign an order allowing service of process on Antonio Juarez Hernandez via email at a.juarezhernandez@hotmail and a.juarez.hernandez1960@hotmail.com.

5. I have previously communicated with Antonio Juarez Hernandez via email at his email addresses stated above, and he has responded using the above email addresses.

6. The contract of employment that he signed provides that our contract is entered in Hidalgo County, Texas, which shall also be the place of performance and payment in accordance with the terms of the contract. **(Dkt 30-2)**.

7. Further affiant sayeth not.

Dated: March 2, 2021

Respectfully submitted,

By: _____
FRANCISCO J. RODRIGUEZ, PRO SE
1111 West Nolana, Suite A
McAllen, Texas 78504
Telephone No.: (956) 687-4363
Telecopier No.: (956) 687-6415
frankr@mcallenlawfirm.com

SUBSCRIBED AND SWORN TO BEFORE ME on this 2nd day of March 2021.

_____
Notary Public in and for the State of Texas

Commission Expires: 

SONIA MAUPIN
Notary ID #1048985
My Commission Expires
November 28, 2023