# Exhibit A-4




Merchant Balance Manager<sup>SM</sup>

Welcome, BRAM MARAVENT    |    Help    |    Logout

Logged in at : 01/14/2020 10:31 AM

| Merchant | Transaction | Request | Shellout | Report |

MBM Home > Transactions > Search

### Results of Merchant Transaction Search - Summary

Back

| Merchant# | Txn Ref# | Txn Type | Txn Date | Txn Amount | Open Cr Amt | Open Dr Amt | Txn Status | Reserve Bal | Collection Bal | Account Bal | Cost Center | Analyst Id | Orig Merchant | Reject Reas Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | ACHMICFEE | 03/08/2019 | $50,000.00(Dr) | $0.00 | $0.00 | PD | $0.00 | $50,000.00 | $50,000.00 | 036095 | batchusr | | R01 |
| | 2 | ACHMICFEE | 04/28/2019 | $184,999.99(Dr) | $0.00 | $0.00 | PD | $0.00 | $234,999.99 | $234,999.99 | 036095 | batchusr | | R01 |
| | 3 | ACHCR | 05/03/2019 | $234,999.99(Cr) | $0.00 | $0.00 | REV | $0.00 | $0.00 | $0.00 | 036095 | GREINA | | |
| | 4 | ACHRJ | 05/09/2019 | $234,999.99(Dr) | $0.00 | $0.00 | REV | $0.00 | $234,999.99 | $234,999.99 | 036095 | batchusr | | R01 |
| | 5 | ACHCR | 05/17/2019 | $234,999.99(Cr) | $0.00 | $0.00 | REV | $0.00 | $0.00 | $0.00 | 036095 | GREINA | | |
| | 6 | REVACHCR | 05/17/2019 | $234,999.99(Dr) | $0.00 | $0.00 | REV | $0.00 | $234,999.99 | $234,999.99 | 036095 | DSTAMPLE | | |
| | 7 | CERMR | 05/17/2019 | $234,999.99(Cr) | $0.00 | $0.00 | PD | $0.00 | $0.00 | $0.00 | 036095 | DSTAMPLE | | |
| | 8 | DEBMR | 05/20/2019 | $234,999.99(Dr) | $0.00 | $234,999.99 | WO | $0.00 | $234,999.99 | $234,999.99 | 036095 | DSTAMPLE | | |
| | 9 | ACHCR | 05/20/2019 | $234,999.99(Cr) | $0.00 | $0.00 | REV | $0.00 | $0.00 | $0.00 | 036095 | GREINA | | |
| | 10 | ACHRJ | 05/25/2019 | $234,999.99(Dr) | $0.00 | $0.00 | REV | $0.00 | $234,999.99 | $234,999.99 | 036095 | batchusr | | R01 |
| | 11 | NCHDLYFAJ | 07/08/2019 | $33.63(Dr) | $0.00 | $33.63 | WO | $0.00 | $33.63 | $235,033.62 | 036095 | batchusr | | |
| | 12 | NCHDLYDIS | 08/05/2019 | $10.00(Dr) | $0.00 | $10.00 | WO | $0.00 | $10.00 | $235,043.62 | 036095 | batchusr | | |
| | 13 | NCHDLYFEE | 08/05/2019 | $33.45(Dr) | $0.00 | $33.45 | WO | $0.00 | $43.45 | $235,077.07 | 036095 | batchusr | | |

**Online Privacy Statement Terms** under which this service is provided to you.

© 2014 First Data Merchant Services Corporation. All rights reserved.All other trademarks and service marks referenced in this material are the property of their respective owners