

401 Commerce Street, Suite 900, Nashville, TN 37219 • (615) 259-1510

September 20, 2021

John W. Peterson
615.259.1523
john.peterson@polsinelli.com

The Honorable Gary R. Brown
100 Federal Plaza
Courtroom 840
Central Islip, NY 11722-9014

**Re:** *CardConnect, LLC v. Law Office of Francisco J. Rodriguez et al. (Case No. 2:20-cv-01526) – CardConnect's Motion for Summary Judgment*

Dear Judge Brown,

Plaintiff CardConnect, LLC hereby notifies the Court that it withdraws its Letter Motion for Summary Judgment (ECF No. 45).

Sincerely,

*/s/ John W. Peterson*

John W. Peterson

cc: Francisco J. Rodriguez (via ECF)

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

79972945.1