## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK
## CENTRAL ISLIP DIVISION

| | | |
|---|---|---|
| CARDCONNECT, LLC <br> PLAINTIFF <br> V. <br><br> LAW OFFICE OF FRANCISCO J. RODRIGUEZ <br> AND FRANCISCO J. RODRIGUEZ <br> DEFENDANT <br><br> LAW OFFICE OF FRANCISCO J. RODRIGUEZ <br> AND FRANCISCO J. RODRIGUEZ <br> DEFENDANT/ THIRD-PARTY PLAINTIFF <br><br> V. <br><br> ANTONIO JUAREZ HERNANDEZ, <br> NEREYDA VEGA, ROYAL LIBERTY OIL LEASING, <br> LLC AND ROYAL INTERNATIONAL INVESTMENT <br> GROUP, LLC <br> THIRD –PARTY DEFENDANTS | § § § § § § § § § § § § § § § § § § § § § | CASE NO. <br><br> 2:20-cv-01526 |
| | § § § | **AFFIDAVIT** |

Before me, the undersigned authority, on this day personally appeared Jeremy Garate who after being duly sworn did upon oath state the following:

I am over the age of 18 years and I am fully competent to testify to matters stated in this affidavit.

I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

On October 05, 2021, I served ROYAL LIBERTY OIL LEASING,LLC by serving C/O NEREYDA VEGA a CITATION, FINAL DEFAULT JUDGMENT AGAINST THIRD-PARTY DEFENDANTS NEREYDA VEGA, ROYAL LIBERTY OIL LEASING, LLC AND ROYAL INTERNATIONAL INVESTMENT GROUP, LLC at 600 HERON AVE., MCALLEN, TX.

_____
Jeremy Garate

Before me, a notary public, on this day personally appeared Jeremy Garate known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared under oath that the statements therein contained are true and correct.

Given under my hand and seal of office this __14th__ day of __October__ 2021

SONIA MAUPIN
Notary ID #1048985
My Commission Expires
November 28, 2023

_____
Notary Public