

401 Commerce Street, Suite 900, Nashville, TN 37219 • (615) 259-1510

December 21, 2021

John W. Peterson
615.259.1523
john.peterson@polsinelli.com

The Honorable Gary R. Brown
100 Federal Plaza
Courtroom 840
Central Islip, NY 11722-9014

    **Re:**    *CardConnect, LLC v. Law Office of Francisco J. Rodriguez et al. (Case No. 2:20-cv-01526) – Order Dismissing Case*

Dear Judge Brown,

On December 16, 2021, the Court terminated the above captioned case. However, there is a live controversy pending between CardConnect, LLC ("CardConnect") and the Law Office of Francisco J. Rodriguez ("Rodriguez").

### CardConnect v. Rodriguez

On March 24, 2020, CardConnect filed its Complaint against Rodriguez. (ECF No. 1.) Thereafter, CardConnect filed its Motion for Summary Judgment. (ECF No. 45.) Although CardConnect withdrew that Motion, its claims against Rodriguez are still pending. (*See* ECF No. 49 ("Plaintiff CardConnect, LLC hereby notifies the Court that it withdraws its Letter Motion for Summary Judgment (ECF No. 45).").)

### Rodriguez v. Third Parties

On July 6, 2020, Rodriguez filed its Third-Party Complaint against: (1) Antonio Juarez Hernandez; (2) Nereyda Vega; (3) Royal Liberty Oil Leasing, LLC; and (4) Royal International Investment Group, LLC. (ECF No. 10.) On July 1, 2021, Rodriguez moved for default judgment against: (1) Nereyda Vega; (2) Royal Liberty Oil Leasing, LLC; and (3) Royal International Investment Group, LLC. (ECF No. 46.) The Court granted that Motion on October 28, 2021. (ECF No. 53.)

### Order Dismissing Case

On December 14, 2021, the Court entered the following order:

> ORDER DISMISSING CASE: By Order dated 10/28/2021, the Court granted the third-party plaintiffs' motion for default judgment, and entered default judgment in the amount of $285,645.87, which excluded punitive damages, as punitive damages cannot be awarded in the absence of an inquest by the court. The Court further directed that if the third-party plaintiffs wished to request an inquest, they must advise the Court within 20 days of the Order; otherwise, the case would be closed. More than 20 days has elapsed and the third party plaintiffs' have not requested

polsinelli.com

Atlanta    Boston    Chicago    Dallas    Denver    Houston    Kansas City    Los Angeles    Miami    Nashville    New York
Phoenix    St. Louis    San Francisco    Seattle    Silicon Valley    Washington, D.C.    Wilmington
Polsinelli PC, Polsinelli LLP in California

81259266.1

> an inquest. Accordingly, the Clerk of the Court is respectfully directed to enter judgement and close the case.

Pursuant to that Order, this case was terminated on December 16, 2021.

CardConnect's claims, however, remain pending against Rodriguez. Accordingly, CardConnect respectfully requests the Court enter an order clarifying that its December 14, 2021 Order did not dismiss CardConnect's claims against Rodriguez.

Sincerely,

*/s/ John W. Peterson*

John W. Peterson

cc: Francisco J. Rodriguez (via ECF)