# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
# CENTRAL ISLIP DIVISION

| | |
|---|---|
| CARDCONNECT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-01526-GRB-ARL |
| LAW OFFICE OF FRANCISCO J. RODRIGUEZ and FRANCISCO J. RODRIGUEZ, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff CardConnect, LLC ("Plaintiff") and Defendants Law Office of Francisco J. Rodriguez and Francisco J. Rodriguez (collectively "Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal without Prejudice with each party to bear its own attorneys' fees and costs.

DATED: January 11, 2022

Respectfully submitted,

By: */s/ John Peterson*
POLSINELLI PC
John W. Peterson (#5394200)
401 Commerce Street, Suite 900
Nashville, TN 37219
john.peterson@polsinelli.com
(615) 259-1510
*Attorney for Plaintiff*

-and-

By: */s/ Francisco J. Rodriguez*
Francisco J. Rodriguez
1111 West Nolana, Suite A
McAllen, Texas 78504
Telephone No.: (956) 687-4363
Telecopier No.: (956) 687-6415
frankr@mcallenlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served via email, on the following counsel of record or registered agent this 11th day of January, 2022.

Francisco J. Rodriguez
1111 West Nolana, Suite A
McAllen, Texas 78504
frankr@mcallenlawfirm.com

                                          */s/ John Peterson*
                                              John W. Peterson